UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,<br><br>    Plaintiff,<br><br> v.<br><br>VITAMILK DAIRY, INC., et al.,<br><br>    Defendants. | C17-291 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are ORDERED to show cause by June 16, 2017, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on March 7, 2017, docket no. 3. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of May, 2017.

             William M. McCool
             Clerk

             s/Karen Dews
             Deputy Clerk

MINUTE ORDER - 1