UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE
AUTOMOTIVE MACHINISTS
PENSION TRUST,

          Plaintiff,

  v.

VITAMILK DAIRY, INC., et al.,

          Defendants.

C17-291 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Plaintiff's motion for default judgment, docket no. 10, is DENIED without prejudice. Plaintiff initiated this action against defendants Vitamilk Dairy, Inc. ("Vitamilk") and Does 1-25, which are alleged to be business entities that "share common ownership and are in the same controlled group as Vitamilk." Compl. at ¶ 4 (docket no. 1). Plaintiff, however, moves for default judgment only as to Vitamilk, without providing a basis for the Court to make the certification required by Federal Rule of Civil Procedure 54(b) to enter partial judgment.

      (2)    The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record. The Clerk is further DIRECTED to send a copy of this Minute Order, as well as a copy of the Minute Order entering default, docket no. 9, to Vitamilk Dairy, Inc., c/o Molly Oien at 420 NE 72nd Street, Seattle, WA 98115.

      Dated this 25th day of July, 2017.

                                             William M. McCool
                                             Clerk

                                             s/Karen Dews
                                             Deputy Clerk

MINUTE ORDER - 1