UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE
AUTOMOTIVE MACHINISTS
PENSION TRUST,

                Plaintiff,

   v.

VITAMILK DAIRY, INC.,

                Defendant.

C17-291 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff's motion for reconsideration, docket no. 15, is DENIED. Plaintiff previously moved for partial default judgment as to defendant Vitamilk Dairy, Inc. without providing a basis for the Court to make the certification required by Federal Rule of Civil Procedure 54(b); the motion was therefore denied without prejudice. *See* Minute Order (docket no. 13). Plaintiff has since voluntarily dismissed its claims against defendants Does 1-25, but it has not shown that the Court's earlier ruling was manifestly erroneous or identified any new facts or legal authority that could not have been brought to the Court's attention earlier with reasonable diligence. *See* Local Civil Rule 7(h)(1).

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1