UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,<br><br>                Plaintiff,<br><br>    v.<br><br>VITAMILK DAIRY, INC.,<br><br>                Defendant. | C17-291 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for default judgment, docket no. 17, is RENOTED to November 3, 2017. Plaintiff is DIRECTED to serve a copy of its motion for default judgment and supporting papers, via first-class mail, on defendant Vitamilk Dairy, Inc. c/o Molly Oien at 631 Riverview Dr. W., Bremerton, WA 98312-9615, and to file proof of such service within seven (7) days of the date of this Minute Order.[1] Any response to plaintiff's motion for default judgment shall be filed by October 30, 2017, and any reply shall be filed by the new noting date. Defendant is REMINDED that, because it is a corporation, it may not act pro se or represent itself, but rather must appear through an attorney authorized to practice before this Court. <u>See</u> Local Civil Rule 83.2(b)(4).

---

[1] The Court continues to have doubt about whether defendant is aware of this litigation. Defendant was only constructively served via deposit of the summons and complaint with the Washington Secretary of State ("Secretary"). <u>See</u> Minute Order (docket no. 9). Until recently, both the Court and plaintiff's counsel believed defendant's registered agent to be located in the Green Lake neighborhood in Seattle. When defendant, however, renewed its registration with the Secretary, just prior to its expiration at the end of September 2017, the registered agent's address was updated to a residence in Bremerton. In light of the construction activity in the Green Lake area, the Court is persuaded that plaintiff should expend additional effort to advise defendant of the pendency of this matter.

MINUTE ORDER - 1

1     (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record. The Clerk is further DIRECTED to send a copy of this Minute Order to Vitamilk Dairy, Inc., c/o Molly Oien, at 631 Riverview Dr. W., Bremerton, WA 98312-9615.

    Dated this 2nd day of October, 2017.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2