UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,

        Plaintiff,

v.

VITAMILK DAIRY, INC.,

        Defendant.

C17-291 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Notice of Bankruptcy filed on November 1, 2017, docket no. 22, the Court STAYS this case until further order pursuant to 11 U.S.C. § 362.

(2) Plaintiff's motion for default judgment, docket no. 17, is STRICKEN without prejudice to refiling, if appropriate, after the stay of this matter is lifted.

(3) The parties shall file a Joint Status Report within fourteen (14) days of the conclusion of bankruptcy proceedings or by June 15, 2018, whichever occurs earlier.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of November, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1