UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE
AUTOMOTIVE MACHINISTS
PENSION TRUST,

             Plaintiff,

   v.

VITAMILK DAIRY, INC.,

             Defendant.

C17-291 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff's motion to lift stay, docket no. 24, is GRANTED, and this matter is returned to the active docket. Plaintiff intended to attach to its motion a copy of the Notice entered by the Clerk of the United States Bankruptcy Court for the Western District of Washington indicating that the case involving defendant's voluntary Chapter 7 petition had been closed without discharge, but plaintiff instead appended this Court's Minute Order staying this action pursuant to 11 U.S.C. § 362. The Court takes judicial notice of the Clerk's Notice entered on May 2, 2018, in *In re Vitamilk Dairy, Inc.*, Bankr. W.D. Wash. Case No. 17-14800-CMA, a copy of which is Exhibit A to this Minute Order.

(2)    Any motion to vacate the entry of default against defendant, *see* Minute Order (docket no. 9), shall be filed within twenty-one (21) days of the date of this Minute Order. Defendant is REMINDED that, because it is a corporation, it may not act pro se or represent itself, but rather must appear through an attorney authorized to practice before this Court. *See* Local Civil Rule 83.2(b)(4). If no motion to vacate the entry of default is timely filed, then plaintiff may file a renewed motion for default judgment, which shall be served on the individuals identified in Paragraph 3, below.

MINUTE ORDER - 1

1  (3)  The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record, to Aimee S. Willig of Bush Kornfeld LLP, 601 Union Street, Suite 5000, Seattle, WA 98101, and to Molly Oien, 631 Riverview Dr. W., Bremerton, WA 98312-9615.

Dated this 18th day of June, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

Exhibit A

Form clno (02/2011)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In
Re:

    Vitamilk Dairy Inc

    Debtor(s).

Case Number: 17–14800–CMA
Chapter: 7

## CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for **Vitamilk Dairy Inc,** for the reason(s) indicated below:

☐ The Debtor(s) did not file a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management.

☐ Debtor(s) has not certified that all domestic support obligations due have been paid.

☑ Debtor(s) is ineligible for a discharge.

**If the debtor files a Motion to Reopen the Case to file the missing certificate(s), a reopening fee is due.**

Dated: <u>May 2, 2018</u>

Mark L. Hatcher
Clerk of the Bankruptcy Court