UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE
AUTOMOTIVE MACHINISTS
PENSION TRUST,

        Plaintiff,

  v.

VITAMILK DAIRY, INC.,

        Defendant.

C17-291 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for default judgment, docket no. 26, is RENOTED to August 31, 2018. Any response from defendant shall be filed by August 27, 2018, and any reply is due on the new noting date. Defendant is REMINDED that, because it is a corporation, it may not act pro se or represent itself, but rather must appear through an attorney authorized to practice before this Court. *See* Local Civil Rule 83.2(b)(4).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record, to Aimee S. Willig of Bush Kornfeld LLP, 601 Union Street, Suite 5000, Seattle, WA 98101, and to Molly Oien, 631 Riverview Dr. W., Bremerton, WA 98312-9615.

Dated this 20th day of July, 2018.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1